UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-mj-1063-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL INFORMATION |
| v. | ) |
| | ) |
| JOHN W. RICH | ) |

The United States Attorney charges that:

On or about December 2, 2022, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JOHN W. RICH, did knowingly, willfully, and unlawfully go about Marine Corps Air Station, New River, to wit: for a purpose prohibited by law, in violation of the provisions of Title 18, United States Code, Section 1382.

MICHAEL F. EASLEY, JR.
United States Attorney

By: *Eric W Meissner*
ERIC W. MEISSNER
Special Assistant United States Attorney
Criminal Division