UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-mj-1063-RJ

United States of America,
    Plaintiff,

v.

John W. Rich,
    Defendant.

NOTICE OF HEARING

TYPE OF CASE:

    ___ Civil     _X_ Criminal     ___ 2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| April 6, 2023 at 10:00 AM | Initial Appearance |
| **LOCATION OF HEARING:** U.S. District Court - Courtroom 100<br>1003 South 17th Street<br>City, State | |

PETER A. MOORE, JR.
Clerk of Court

*[signature]*
Deputy Clerk

3/10/2023
Date

TO:
Defendant (via US Mail)
Eric W. Meissner (via CM/ECF Notice of Electronic Filing)