CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON, NORTH CAROLINA 28401

CLERK, US District Court
1003 South 17th Street
Wilmington, NC 28401

RECEIVED
MAR 20 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 27909
02 7H
0006079889
$ 000.60⁰
MAR 10 2023

X-RAYED
CSO

John W. Rich
1975 Drummersville Rd.
Seven Springs, NC 28578

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 28401803799    *2688-05077-14-24

# United States District Court

**EASTERN DISTRICT OF NORTH CAROLINA**
**OFFICE OF THE CLERK**
**SOUTHERN DIVISION**

1003 SOUTH 17TH STREET
WILMINGTON, NC 28401
(910) 815-4663

March 10, 2023

John W. Rich
1975 Drummersville Rd.
Seven Springs, NC 28578

      RE:    United States of America v. Rich
               Case No. 7:23-mj-1063-RJ

Dear Mr. Rich:

      The enclosed criminal charge has been filed against you for a violation of federal law that occurred at Marine Corps Air Station, New River, North Carolina.

      Your initial appearance before U.S. Magistrate Judge Robert B. Jones, Jr. is on **Thursday, April 6, 2023.** Court will begin at 10:00 a.m.; however, you are required to be there by 9:00 a.m. to meet with court personnel regarding your case. The courtroom is located at 1003 South 17th Street, Wilmington, North Carolina. **You must present photo identification to enter the building and cell phones are not permitted.**

      Please call the Camp Lejeune SAUSA Section of the Legal Services Support Section - East at (910) 451-5067 if you have any questions regarding your case or the scheduling of your case.

                                   Sincerely,
                                   Peter A. Moore, Jr., Clerk of Court

                                   Deputy Clerk

Enclosures

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION**

No. 7:23-mj-1063-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CRIMINAL INFORMATION** |
| v. ) | |
| ) | |
| JOHN W. RICH ) | |

The United States Attorney charges that:

On or about December 2, 2022, in the Eastern District of North Carolina, at Marine Corps Air Station, New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JOHN W. RICH, did knowingly, willfully, and unlawfully go about Marine Corps Air Station, New River, to wit: for a purpose prohibited by law, in violation of the provisions of Title 18, United States Code, Section 1382.

MICHAEL F. EASLEY, JR.
United States Attorney

By: *Eric W. Meissner*
ERIC W. MEISSNER
Special Assistant United States Attorney
Criminal Division

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina
By: *Jacqueline* Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-mj-1063-RJ

United States of America,
    Plaintiff,

v.                                        NOTICE OF HEARING

John W. Rich,
    Defendant.

TYPE OF CASE:
    \_\_\_\_Civil    \_X\_ Criminal    \_\_\_\_2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| April 6, 2023 at 10:00 AM | Initial Appearance |
| LOCATION OF HEARING:   U.S. District Court - Courtroom 100<br>1003 South 17th Street<br>City, State | |

PETER A. MOORE, JR.
Clerk of Court

*[signature]*
Deputy Clerk

3/10/2023
Date

TO:
Defendant (via US Mail)
Eric W. Meissner (via CM/ECF Notice of Electronic Filing)